IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

DEC 0 5 2017

DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

UNITED STATES OF AMERICA )
)
) No. 5:17CR 50067-001
v. )
)
)
)
JOHN STAN HARMON )
) 18 U.S.C. § 1832(a)(2) & (a)(4)

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about October 17, 2016 and continuing through and including November 8, 2016, in the Western District of Arkansas, Fayetteville Division, the defendant, JOHN STAN HARMON, with the intent to convert a trade secret that is related to a product and service used in and intended for use in interstate and foreign commerce, specifically JOHN STAN HARMON exfiltrated proprietary production and sales information on thousands of products offered Walmart Stores Inc., which is a multinational retail corporation, to the economic benefit of persons other than the trade secret's owner, and knowing and intending that the offense will injure any owner of that trade secret, knowingly copied, duplicated, transmitted, downloaded, uploaded, sent, and communicated such information without authorization, and attempted to do such, all in violation of Title 18, United States Code, Section 1832(a)(2) and (a)(4).

A True Bill.

CLAY FOWLKES
ATTORNEY FOR THE UNITED STATES,
Acting Under Authority Conferred by
28 U.S.C. § 515

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson

By: _____
Dustin S. Roberts
Assistant U. S. Attorney
Arkansas Bar No. 2005185
414 Parker Avenue
Fort Smith, AR 72901
479-783-5125